# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| INNOTEX PRECISION LIMITED, | ) ) ) | |
| Plaintiff and Defendant-in-Counterclaim, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:09-CV-0547 (TWT) |
| HOREI IMAGE PRODUCTS, INC., ITM, INC., | ) ) ) | |
| Defendants and Plaintiffs-in-Counterclaim, | ) ) | |

## DISMISSAL WITH PREJUDICE

COME NOW all parties in the above-captioned action and, pursuant to Rule 41(a)(1) and Rule 60(b) of the Federal Rules of Civil Procedure, hereby: Stipulate to the dismissal with prejudice of this action, including all claims and counterclaims asserted therein; withdraw all post-trial bills or motions filed in this action; and, move the Court to set aside the Judgment against Innotex entered on December 14, 2011 and the Order taxing costs to Innotex entered on February 15, 2012.  Each party shall bear their own costs.

974367.1

This 22nd day of June, 2012.

| | |
|---|---|
| */s/ E. Job Seese* | */s/ Tiana S. Mykkeltvedt* |
| Christopher G. Campbell | Timothy S. Rigsbee |
| Georgia Bar No. 789533 | Georgia Bar No. 605579 |
| Laura T. Vogel | Email: rigsbee@bmelaw.com |
| Georgia Bar No. 131108 | Tiana S. Mykkeltvedt |
| E. Job Seese | Georgia Bar No. 533512 |
| Georgia Bar No. 771052 | Email: mykkeltvedt@bmelaw.com |
| DLA PIPER LLP (US) | Bondurant Mixson & Elmore LLP |
| One Atlantic Center, Ste. 2800 | 1201 W. Peachtree St., NW, Suite 3900 |
| 1201 West Peachtree Street | Atlanta, Georgia  30309 |
| Atlanta, Georgia 30309-3450 | (404) 881-4100 |
| Telephone:  (404) 736-7811 | |
| Facsimile:  (404) 682-7811 | |
| | |
| *Attorneys for Plaintiff Innotex Precision Limited* | *Attorneys for Defendants Horei Image Products, Inc., ITM, Inc., David and Horst Eiberger* |

## **ORDER**

**IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2012.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THOMAS W. THRASH
　　　　　　　　　　　　　　　　United States District Court Judge

974367.1